QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
David A. Nelson (Pending *Pro Hac Vice*)
davidnelson@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010-1601
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

RECEIVED
MAR 0 4 2009
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRACE-WILCO INC.,<br><br>Plaintiff,<br><br>vs.<br><br>SYMANTEC CORPORATION,<br><br>Defendant. | CASE NO. 5:09-CV-00810-PVT<br><br>[PROPOSED]<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

David A. Nelson, whose business address and telephone number is 51 Madison Avenue, 22nd Floor, New York, New York 10010; (212) 849-7000, and who is an active member in good standing of the bar of Illinois, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant and Counter-complainant Symantec Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: _____

_____
Honorable ~~Patricia V. Trumbull~~
United States ~~Magistrate~~ Judge