QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  David A. Nelson (*Pro Hac Vice*)
  davidnelson@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY  10010-1601
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Sean S. Pak (Bar No. 219032)
  seanpak@quinnemanuel.com
  Jennifer A. Kash (Bar No. 203679)
  jenniferkash@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA  94111
Telephone: (415) 875 6600
Facsimile: (415) 875 6700

Attorneys for Symantec Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRACE-WILCO, INC., <br><br>  Plaintiff, <br><br> vs. <br><br> SYMANTEC CORPORATION, <br><br>  Defendant and Counter-complainant. | CASE NO. 5:09-CV-00810-SI <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL FOR SYMANTEC CORPORATION AND [PROPOSED] ORDER** <br><br> **[CIV. L.R. 11-5]** |

Pursuant to Civil Local Rule 11-5(a), Defendant and Counter-complainant Symantec Corporation respectfully requests that the Court permit the withdrawal of Mark A. Flagel, Derek Eduardo Leon, and John B. Rosenquest, IV, as well as the firms Latham Watkins LLP, Morgan Lewis & Bockius, and Jones Walker as its counsel in this matter.  Symantec Corporation will

-1-
Case No. 5:09-CV-00810-SI
NOTICE OF WITHDRAWAL OF COUNSEL AND [PROPOSED] ORDER

30008/2814512.1

continue to be represented in this Court by counsel from the firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP. No scheduled hearing or trial will be delayed if this withdrawal is granted.

DATED: March 13, 2009	QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By	/s/
    Jennifer Kash
    Attorneys for Defendant and Counter-Complainant
    SYMANTEC CORPORATION

**PROPOSED ORDER**

For good cause appearing, IT IS HEREBY ORDERED THAT Mark A. Flagel, Derek Eduardo Leon, and John B. Rosenquest, IV, as well as the firms Latham Watkins LLP, Morgan Lewis & Bockius, and Jones Walker are permitted to withdraw as counsel for Symantec Corporation in this matter. Symantec Corporation will continue to be represented in this case by counsel from the firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP.

IT IS SO ORDERED.

DATED: _____

_____
Honorable Susan Illston
United States District Court Judge