SPENCER HOSIE (CA Bar No. 101777)
BRUCE WECKER (CA Bar No. 078530)
GEORGE F. BISHOP (CA Bar No. 89205)
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
Phone: (415) 247-6000
Fax: (415) 247-6001
E-mail: shosie@hosielaw.com
E-mail: bwecker@hosielaw.com
E-mail: gbishop@hosielaw.com

RAYMOND P. NIRO *(Pro Hac Vice)*
DINA M. HAYES *(Pro Hac Vice)*
LEE F. GROSSMAN *(Pro Hac Vice)*
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: rniro@nshn.com
E-mail: hayes@nshn.com
E-mail: grossman@nshn.com

*Attorneys for Plaintiff*
**Trace-Wilco, Inc.**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| TRACE-WILCO INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SYMANTEC CORPORATION,<br><br>　　　　　Defendant. | Case No. 5:09 CV 00810 SI<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR TRACE-WILCO INC. AND [PROPOSED] ORDER**<br><br>**[CIV. L.R. 11-5]**<br><br>Honorable Susan Illston |

  Pursuant to Civil Local Rule 11-5(a), Plaintiff Trace-Wilco Inc. respectfully requests that the Court permit the withdrawal of Charles H. Lichtman, as well as the firm of Berger Singerman as its counsel in this matter. Trace-Wilco Inc. will continue to be represented in this Court by counsel from

the firms of Niro, Scavone, Haller & Niro and Hosie Rice LLP.  No scheduled hearing or trial will be delayed if this withdrawal is granted.

DATED: March 26, 2009                    HOSIE RICE LLP

By: _/s/ Spencer Hosie_____
    Spencer Hosie, Esq.
    SPENCER HOSIE (CA Bar No. 101777)
    BRUCE WECKER (CA Bar No. 078530)
    GEORGE F. BISHOP (CA Bar No. 89205)
    HOSIE RICE LLP
    188 The Embarcadero, Suite 750
    San Francisco, CA 94105
    Phone: (415) 247-6000
    Fax: (415) 247-6001
    E-mail: shosie@hosielaw.com
        bwecker@hosielaw.com
        gbishop@hosielaw.com

*Attorney for Plaintiff*
*TRACE-WILCO INC.*

**PROPOSED ORDER**

For good cause appearing, IT IS HEREBY ORDERED THAT Charles H. Lichtman, as well as the firm of Berger Singerman is permitted to withdraw as counsel for Trace-Wilco Inc. in this matter. Trace-Wilco Inc. will continue to be represented by in this case by counsel from the firms of Niro, Scavone, Haller & Niro and Hosie Rice LLP.

IT IS SO ORDERED.

DATED:_____

_____
Honorable Susan Illston
United States District Court Judge