SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*TRACE-WILCO, INC.*

*Additional attorneys listed on signature page*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TRACE-WILCO, INC., <br><br> Plaintiff, <br><br> v. <br><br> SYMANTEC CORPORATION, <br><br> Defendant. | Case No. C 09-00810 SI <br><br> **STIPULATED MOTION TO RESET INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to stipulation by and between the parties hereto, plaintiff Trace-Wilco, Inc. ("Trace-Wilco"), and defendant Symantec Corporation ("Symantec"), through their respective attorneys of record, the parties hereby request that the Initial Case Management Conference now scheduled for April 3, 2009 be rescheduled to May 15, 2009, subject to the Court's schedule and availability.

| | | |
|---|---|---|
| 1 | Dated: March 25, 2009 | HOSIE RICE LLP |
| 2 | | |
| 3 | | /s/ Bruce Wecker_____ |
| | | Spencer Hosie |
| 4 | | shosie@hosielaw.com |
| | | Bruce Wecker |
| 5 | | bwecker@hosielaw.com |
| | | George F. Bishop |
| 6 | | gbishop@hosielaw.com |
| 7 | | HOSIE RICE LLP |
| | | 188 The Embarcadero, Suite 750 |
| 8 | | San Francisco, California 94105 |
| | | Telephone: (415) 247-6000 |
| 9 | | Facsimile: (415) 247-6001 |
| 10 | | Raymond Pardo Niro |
| | | rniro@nshn.com |
| 11 | | Dina M. Hayes |
| | | hayes@nshn.com |
| 12 | | Lee F. Grossman |
| 13 | | lgrossman@nshn.com |
| | | NIRO SCAVONE HALLER & NIRO |
| 14 | | 181 W. Madison Street, Suite 4600 |
| | | Chicago, IL 60602 |
| 15 | | Telephone: (312) 236-0733 |
| | | Facsimile: (312) 236-3137 |
| 16 | | |
| 17 | | *Attorneys for Plaintiff* |
| | | *TRACE-WILCO, INC.* |
| 18 | | |
| 19 | March 25, 2009 | QUINN EMANUEL URQUHART |
| | | OLIVER & HEDGES LLP |
| 20 | | |
| 21 | | /s/ Jennifer A. Kash_____ |
| | | Jennifer A. Kash |
| 22 | | jenniferkash@quinnemanuel.com |
| | | Sean Sang-Chul Pak |
| 23 | | seanpak@quinnemanuel.com |
| | | QUINN EMANUEL URQUHART |
| 24 | | OLIVER & HEDGES LLP |
| 25 | | 50 California Street, 22nd Floor |
| | | San Francisco, CA 94111 |
| 26 | | Telephone: (415) 875-6600 |
| | | Facsimile: (415) 875-6700 |
| 27 | | |
| 28 | | |

STIPULATED MOTION TO RESET INITIAL     2     CASE NO. C 09-00810 SI
CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| 1 | Christopher Freeman |
| | christopher.freeman@lw.com |
| 2 | LATHAM & WATKINS |
| | 233 S. Wacker Drive |
| 3 | Suite 5800 Sears Tower |
| | Chicago, IL 60606 |
| 4 | Telephone: (312) 777-7107 |
| | Facsimile: (312) 993-9767 |
| 5 | |
| 6 | David A. Nelson |
| | davenelson@quinnemanuel.com |
| 7 | QUINN EMANUEL URQUHART |
| | OLIVER & HEDGES LLP |
| 8 | 51 Madison Avenue 22nd Floor |
| | New York, NY 10010 |
| 9 | Telephone: (212) 849-7000 |
| | Facsimile: (212) 849-7100 |
| 10 | |
| 11 | Michael F. Harte |
| | QUINN EMANUEL URQUHART |
| 12 | OLIVER & HEDGES LLP |
| | 250 S. Wacker Drive, Suite 230 |
| 13 | Chicago, IL 60601 |
| | Telephone: (312) 463-2967 |
| 14 | Facsimile: (312) 463-2962 |

*Attorneys for Defendant*
*SYMANTEC CORPORATION*

---

STIPULATED MOTION TO RESET INITIAL CASE MANAGEMENT CONFERENCE  3  CASE NO. C 09-00810 SI

**CERTIFICATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order 45X.B, I, Bruce Wecker, attest that the above signatories for Symantec Corporation has concurred and consented to the filing of this document.

DATED: March 25, 2009

                                       /s/Bruce Wecker
                                       Bruce Wecker

**PURSUANT TO STIPULATION IT IS SO ORDERED**

Dated: _____  _____
Honorable Susan Illston
JUDGE OF THE U.S. DISTRICT COURT