SPENCER HOSIE (CA Bar No. 101777)
BRUCE WECKER (CA Bar No. 078530)
GEORGE F. BISHOP (CA Bar No. 89205)
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
Phone: (415) 247-6000
Fax: (415) 247-6001
E-mail: shosie@hosielaw.com
E-mail: bwecker@hosielaw.com
E-mail: gbishop@hosielaw.com

RAYMOND P. NIRO
LEE F. GROSSMAN
DINA M. HAYES
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: rniro@nshn.com
E-mail: grossman@nshn.com
E-mail: hayes@nshn.com

*Attorneys for Plaintiff*
*Trace-Wilco, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TRACE-WILCO INC. | Case No. CV 09-00810 SI |
| Plaintiff, | |
| v. | **FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL** |
| SYMANTEC CORPORATION, CISCO SYSTEMS, INC., MCAFEE, INC., and GOOGLE INC. | |
| Defendants. | |

Plaintiff Trace-Wilco, Inc. ("Trace-Wilco") complains of defendants Symantec Corporation ("Symantec"), Cisco Systems, Inc. ("Cisco"), McAfee, Inc. ("McAfee") and Google Inc. ("Google") as follows:

**PARTIES, JURISDICTION, AND VENUE**

1. This is a claim for patent infringement arising under the patent laws of the United States, including 35 U.S.C. §§ 271, 281. This Court has exclusive jurisdiction over the subject matter of this action under 28 U.S.C. § 1338(a).

2. Trace-Wilco is a Florida corporation with its sole place of business in Port St. Lucie, Florida.

3. The patent-in-suit is U.S. Patent No. 5,796,948 entitled "Offensive Message Interceptor for Computers," which issued on August 18, 1998 (the "'948 Patent;" Ex. A.)

4. Trace-Wilco owns and has all right, title and interest in the '948 Patent, including all claims for damages by reason of past, present or future infringement, with the right to sue for and collect damages for the same and therefore has standing to sue for infringement of the '948 Patent.

5. Symantec is a Delaware corporation with its North American headquarters located at 20330 Stevens Creek Boulevard, Cupertino, California 95014-2132. Symantec designs, develops, offers for sale and sells software products that are covered by the claims of the '948 Patent nationwide, including this judicial district.

6. Cisco is a California corporation with its corporate headquarters located at 170 West Tasman Drive, San Jose, California 95134-1706. Cisco designs, develops, offers for sale and sells software products that are covered by the claims of the '948 Patent nationwide, including this judicial district. Cisco's registered agent in the state of California is Lawyer's Incorporating Service, 2730 Gateway Oaks Drive, Suite 100, Sacramento, California 95833.

7. McAfee is a Delaware corporation with its corporate headquarters located at 3965 Freedom Circle, Santa Clara, California 95054. McAfee designs, develops, offers for sale and sells software products that are covered by the claims of the '948 Patent nationwide, including this judicial district. McAfee's registered agent in the state of California is C T Corporation System, 818 West Seventh Street, Los Angeles, California 90017.

8. Google is a Delaware corporation with its corporate headquarters located at 1600 Amphitheatre Parkway, Mountain View, California 94043. Google designs, develops, offers for sale and sells software products that are covered by the claims of the '948 Patent nationwide, including this judicial district. Google's registered agent in the state of California is Lawyer's Incorporating Service, 2730 Gateway Oaks Drive, Suite 100, Sacramento, California 95833.

9. Venue is proper in this district under 28 U.S.C. §1400(b) because Symantec, Cisco, McAfee and Google are subject to personal jurisdiction, do business in and have committed acts of infringement in this judicial district.

## PATENT INFRINGEMENT

10. The '948 Patent relates to a method for filtering and intercepting offensive electronic information on a network.

11. Symantec has infringed the claims of the '948 Patent at least by making, using, importing, selling or offering to sell, and by inducing, aiding and abetting, encouraging or contributing to others' use of its email security products with content filtering capabilities, including but not limited to Symantec's Mail Security 8300 Series and Brightmail Gateway products.

12. The acts of infringement set forth above have occurred in this judicial district, such as through Symantec's website that reaches and instructs customers in this district to buy and use Symantec products.

13. Cisco has infringed the claims of the '948 Patent at least by making, using, importing, selling or offering to sell, and by inducing, aiding and abetting, encouraging or contributing to others' use of its email security products with content filtering capabilities, including but not limited to Cisco's Ironport Email and Web Security products.

14. The acts of infringement set forth above have occurred in this judicial district, such as through Cisco's website that reaches and instructs customers in this district to buy and use Cisco products.

15. McAfee has infringed the claims of the '948 Patent at least by making, using, importing, selling or offering to sell, and by inducing, aiding and abetting, encouraging or contributing to others' use of its email security products with content filtering capabilities, including but not limited to McAfee's Email and Web Security Appliance and Secure Mail (*IronMail*) products.

16. The acts of infringement set forth above have occurred in this judicial district, such as through McAfee's website that reaches and instructs customers in this district to buy and use McAfee products.

17. Google has infringed the claims of the '948 Patent at least by making, using, importing, selling or offering to sell, and by inducing, aiding and abetting, encouraging or contributing to others' use of its email security products with content filtering capabilities, including but not limited to Google's Message Security and Message Discovery products.

18. The acts of infringement set forth above have occurred in this judicial district, such as through Google's website that reaches and instructs customers in this district to buy and use Google products.

19. Symantec, Cisco, McAfee and Google's infringement has injured Plaintiff, and Plaintiff is entitled to recover damages adequate to compensate it for the infringement that has occurred, but in no event less than a reasonable royalty.

20. The infringement by Symantec, Cisco, McAfee and Google has injured and will continue to injure Plaintiff unless and until such infringement is enjoined by the Court.

21. Trace-Wilco has complied with the requirements of 35 U.S.C. §287.

WHEREFORE, Plaintiff, Trace-Wilco, respectfully requests judgment against Symantec, Cisco, McAfee and Google and its subsidiaries and affiliates and all persons in active concert or participation with them, as follows:

A. An entry of judgment in favor of Trace-Wilco and against Symantec, Cisco, McAfee

and Google;

B.  An award of damages adequate to compensate Plaintiff for the infringement, together with prejudgment interest from the date infringement began, but in no event less than a reasonable royalty as permited by 35 U.S.C. §285;

C.  A finding that this case is exceptional and an award to Plaintiff of its attorneys' fees and expenses as provided by 34 U.S.C. § 285;

D.  Such other further relief as this Court or a jury may deem proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Dated: March 30, 2009                           Respectfully submitted,

*/s/ George F. Bishop*
SPENCER HOSIE (CA Bar No. 101777)
BRUCE WECKER (CA Bar No. 078530)
GEORGE F. BISHOP (CA Bar No. 89205)
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000
Fax: (415) 247-6001
shosie@hosielaw.com
bwecker@hosielaw.com
gbishop@hosielaw.com

RAYMOND P. NIRO
LEE F. GROSSMAN
DINA M. HAYES
ANNA B. FOLGERS
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois  60602-4515
(312) 236-0733
Fax:  (312) 236-3137
rniro@nshn.com
grossman@nshn.com
hayes@nshn.com
afolgers@nshn.com

*ATTORNEYS FOR PLAINTIFF
TRACE-WILCO, INC.*