SPENCER HOSIE (CA Bar No. 101777)
BRUCE WECKER (CA Bar No. 078530)
GEORGE F. BISHOP (CA Bar No. 89205)
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
Phone: (415) 247-6000
Fax: (415) 247-6001
E-mail: shosie@hosielaw.com
E-mail: bwecker@hosielaw.com
E-mail: gbishop@hosielaw.com

RAYMOND P. NIRO
LEE F. GROSSMAN
DINA M. HAYES
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: rniro@nshn.com
E-mail: grossman@nshn.com
E-mail: hayes@nshn.com

*Attorneys for Plaintiff*
**Trace-Wilco, Inc.**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| TRACE-WILCO INC., <br><br> Plaintiff, <br><br> v. <br><br> SYMANTEC CORPORATION, <br><br> Defendant. | Case No. 5:09 CV 00810 SI <br><br> [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Dina M. Hayes, whose business address and telephone number is 181 West Madison Street, Suite 4600, Chicago, Illinois 60602; (312) 236-0733, and who is an active member in good standing of the bar of Illinois, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Trace-Wilco Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communications with co-counsel designated in the application will constitute notice to the party. All future filing in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
Honorable Susan Illston
UNITED STATES JUDGE