SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*TRACE-WILCO, INC.*

*Additional attorneys listed on signature page*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TRACE-WILCO, INC., <br><br> Plaintiff, <br><br> v. <br><br> SYMANTEC CORPORATION, CISCO SYSTEMS, INC., MCAFEE, INC. and GOOGLE, INC. <br><br> Defendants. | Case No. C 09-00810 SI <br><br> **STIPULATED MOTION TO RESET INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to stipulation by and between the parties hereto, plaintiff Trace-Wilco, Inc. and defendants Symantec Corporation ("Symantec"), Cisco Systems, Inc. ("Cisco"), McAfee, Inc. ("McAfee") and Google, Inc. ("Google"), through their respective attorneys of record, hereby request that the Initial Case Management Conference now scheduled for May 15, 2009 be rescheduled to June 19, 2009, subject to the Court's schedule and availability.

WHEREAS, there has been one previous extension, from April 3, 2009, to May 15, 2009.

WHEREAS, subsequent to the first motion for extension, plaintiff on March 30, 2009 filed an unopposed motion to file a first amended complaint, adding as defendants Cisco, McAfee and Google. All three defendants, when served with the First Amended Complaint, requested and received extensions of time in which to answer, to May 22, 2009. Thus, as a result of these extensions, the three new defendants will not have answered until after the current date for the Case Management Conference, May 15. One of the new defendants, McAfee, does not yet have litigation counsel for this matter.

Accordingly, in order to provide the newly-added defendants time to prepare for and fully participate in the Case Management Conference, the parties hereby STIPULATE that the date for the Case Management Conference be rescheduled for June 19, 2009, or as soon thereafter as is convenient for the Court.

Dated: April 30, 2009                HOSIE RICE LLP


                                     */s/ George F. Bishop*_____
                                     Spencer Hosie
                                     shosie@hosielaw.com
                                     Bruce Wecker
                                     bwecker@hosielaw.com
                                     George F. Bishop
                                     gbishop@hosielaw.com
                                     HOSIE RICE LLP
                                     188 The Embarcadero, Suite 750
                                     San Francisco, California 94105
                                     Telephone:    (415) 247-6000
                                     Facsimile:    (415) 247-6001

                                     Raymond Pardo Niro
                                     rniro@nshn.com
                                     Dina M. Hayes

| | |
|---|---|
| 1 | hayes@nshn.com |
| | Lee F. Grossman |
| 2 | lgrossman@nshn.com |
| | NIRO SCAVONE HALLER & NIRO |
| 3 | 181 W. Madison Street, Suite 4600 |
| | Chicago, IL 60602 |
| 4 | Telephone: (312) 236-0733 |
| | Facsimile: (312) 236-3137 |
| 5 | |
| 6 | *Attorneys for Plaintiff* |
| | TRACE-WILCO, INC. |
| 7 | |
| 8 | April 30, 2009        QUINN EMANUEL URQUHART |
| | OLIVER & HEDGES LLP |
| 9 | |
| 10 | */s/ Jennifer A. Kash*_____ |
| | Jennifer A. Kash |
| 11 | jenniferkash@quinnemanuel.com |
| | Sean S. Pak |
| 12 | seanpak@quinnemanuel.com |
| | QUINN EMANUEL URQUHART |
| 13 | OLIVER & HEDGES LLP |
| | 50 California Street, 22nd Floor |
| 14 | San Francisco, CA 94111 |
| | Telephone: (415) 875-6600 |
| 15 | Facsimile: (415) 875-6700 |
| 16 | |
| 17 | |
| | David A. Nelson |
| 18 | davenelson@quinnemanuel.com |
| | Michael F. Harte |
| 19 | mikeharte@quinnemanuel.com |
| | Christopher R. Freeman |
| 20 | chrisfreeman@quinnemanuel.com |
| | QUINN EMANUEL URQUHART |
| 21 | OLIVER & HEDGES LLP |
| | 250 S. Wacker Drive, Suite 230 |
| 22 | Chicago, IL 60601 |
| | Telephone: (312) 463-2967 |
| 23 | Facsimile: (312) 463-2962 |
| 24 | |
| 25 | |
| 26 | *Attorneys for Defendant* |
| | SYMANTEC CORPORATION |
| 27 | |
| 28 | |

| | | |
|---|---|---|
| 1 | April 30, 2009 | DUANE MORRIS LLP |
| 2 | | */s/ Eric J. Sinrod*<br>Eric J. Sinrod |
| 3 | | ejsinrod@duanemorris.com<br>DUANE MORRIS LLP |
| 4 | | One Market, Spear Tower, Suite 2000<br>San Francisco, CA 94105 |
| 5 | | Telephone: (415) 957-3000 |
| 6 | | Facsimile: (415) 957-3001 |
| 7 | | *Attorneys for Defendant*<br>*CISCO SYSTEMS, INC.* |
| 8 | | |
| 9 | April 30, 2009 | QUINN EMANUEL URQUHART |
| 10 | | OLIVER & HEDGES LLP |
| 11 | | */s/ Jennifer A. Kash* |
| 12 | | Jennifer A. Kash<br>jenniferkash@quinnemanuel.com |
| 13 | | QUINN EMANUEL URQUHART<br>OLIVER & HEDGES LLP |
| 14 | | 50 California Street, 22nd Floor |
| 15 | | San Francisco, CA 94111<br>Telephone: (415) 875-6600 |
| 16 | | Facsimile: (415) 875-6700 |
| 17 | | *Attorney for Defendant*<br>*GOOGLE, INC.* |
| 18 | | |
| 19 | April 30, 2009 | MCAFEE, INC. |
| 20 | | */s/ Carter Hopkins* |
| 21 | | Carter Hopkins<br>carter_hopkins@mcafee.com |
| 22 | | MCAFEE, INC. |
| 23 | | 5000 Headquarters Drive<br>Plano, TX 75024 |
| 24 | | Telephone: (972) 987-2666 |
| 25 | | *Attorneys for Defendant*<br>*MCAFEE, INC.* |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATED MOTION TO RESET INITIAL     4     CASE NO. C 09-00810 SI
CASE MANAGEMENT CONFERENCE

**CERTIFICATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order 45X.B, I, George F. Bishop, attest that the above signatories for the Defendants have concurred and consented to the filing of this document.

DATED: April 30, 2009

                                             /s/George F. Bishop
                                             George F. Bishop

**PURSUANT TO STIPULATION IT IS SO ORDERED**

Dated: _____          _____
                                            /s/ Susan Illston
                                Honorable Susan Illston
                                JUDGE OF THE U.S. DISTRICT COURT