1  John R. Keville (SBN 00794085)
   Howrey, LLP
2  1111 Louisiana, 25th Floor
   Houston, TX 77002
3  Telephone:    713.787.1400
   Facsimile:    713.787.1440
4
   James C. Pistorino
5  Howrey, LLP
   1950 University Avenue, 4th Floor
6  East Palo Alto, CA 94304
   Telephone:    650.798.3500
7  Facsimile:    650.798.3600

8  *Attorneys for Defendant, McAfee, Inc.*

**FILED**

MAY 1 9 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9           IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12 | TRACE-WILCO, INC.,                          | CV 09-00810 SI
13 |         Plaintiff,                          | [PROPOSED] ORDER GRANTING
                                                   APPLICATION FOR ADMISSION OF
14 |    vs.                                      | ATTORNEY PRO HAC VICE
15 | SYMANTEC CORPORATION, CISCO SYSTEMS,
     INC., MCAFEE, INC., and GOOGLE, INC.,
16 |
     Defendants.
17

18         John R. Keville, an active member in good standing of the bar of Texas, Supreme Court of Texas,

19  Texas Court of Appeals, and United States Court of Appeals, whose business address and telephone

20  number is Howrey, LLP, 1111 Louisiana, 25th Floor, Houston, Texas, Ph: 713.787.1400,

21  Fax: 713.787.1440, Email: kevillej@howrey.com, having applied in the above-entitled action for

22  admission to practice in the Northern District of California on a pro hac vice basis, representing MCAFEE,

23  INC.:

24         IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions

25  of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of

26  papers upon and communication with co-counsel designated in the application will constitute notice to the

27  party. All future filings in this action are subject to the requirements contained in General Order No. 45,

28  *Electronic Case Filing.*

1
2  DATED: May 15, 2009
3
4                                          _____
                                            UNITED STATES DISTRICT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING APPLICATION OF ATTORNEY PRO HAC VICE