Eric J. Sinrod (SBN 122868)
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-mail: ejsinrod@duanemorris.com

L. Norwood Jameson (admitted *pro hac vice*)
Matthew S. Yungwirth (admitted *pro hac vice*)
Leah J. Poynter (admitted *pro hac vice*)
DUANE MORRIS LLP
1180 West Peachtree St., Suite 700
Atlanta, GA 30309
Telephone: 404.253.6900
Facsimile: 404.253.6901
E-mail: wjameson@duanemorris.com
msyungwirth@duanemorris.com
lpoynter@duanemorris.com

*Attorneys for Defendant*
*Cisco Systems, Inc.*

AND ALL PARTIES

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TRACE-WILCO, INC., <br><br>         **Plaintiff,** <br><br>   **v.** <br><br> SYMANTEC CORPORATION, CISCO SYSTEMS, INC., MCAFEE, INC. and GOOGLE, INC., <br><br>         **Defendants.** | **Case No.: CV 09-00810 SI** <br><br> **STIPULATION AND [PROPOSED] ORDER GRANTING REQUEST TO RESET CASE MANAGEMENT CONFERENCE** |

Defendants CISCO SYSTEMS, INC., SYMANTEC CORPORATION, MCAFEE, INC. and

GOOGLE, INC. and Plaintiff TRACE-WILCO, INC., by and through their undersigned counsel of

record, hereby stipulate and agree as follows:

1

1. At the Initial Case Management Conference held on June 19, 2009, the Court scheduled a second Case Management Conference for October 23, 2009 at 3:00 p.m.

2. The parties have agreed to enter into this Stipulation to request that the Case Management Conference be rescheduled for October 30, 2009.

3. Based on this Stipulation, the parties respectfully request that the Case Management Conference, currently scheduled for October 23, 2009, be rescheduled for October 30, 2009.

DUANE MORRIS LLP

Dated: July 1, 2009

s/ Matthew S. Yungwirth
Matthew S. Yungwirth (Admitted Pro Hac Vice)
Louis Norwood Jameson (Admitted Pro Hac Vice)
Leah J. Poynter (Admitted Pro Hac Vice)
DUANE MORRIS LLP
1180 West Peachtree Street, Suite 700
Atlanta, Georgia 30309-3448
Telephone: (404) 253-6935
Facsimile: (404) 759-2353
Email: msyungwirth@duanemorris.com
Email: wjameson@duanemorris.com
Email: lpoynter@duamemorris.com

Eric J. Sinrod (California Bar No. 122868)
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: ejsinrod@duanemorris.com

Attorneys for Defendant CISCO SYSTEMS, INC.

NIRO SCAVONE HALLER & NIRO

Dated: July 1, 2009

s/ Dina M. Hayes
Raymond Pardo Niro
Anna B. Folgers
Lee F. Grossman
Dina Marie Hayes
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
Email: rniro@nshn.com
Email: grossman@nshn.com
Email: hayes@nshn.com

2

STIPULATION AND [PROPOSED] ORDER GRANTING REQUEST TO
RESET CASE MANAGEMENT CONFERENCE                    CV 09 00810 SI

Spencer Hosie (CA Bar No. 101777)
George F. Bishop (CA Bar No. 89205)
Bruce J. Wecker (CA Bar No. 078530)
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
Telephone: (415) 247-6000

Facsimile: (415) 247-6001
Email: shosie@hosielaw.com
Email: gbishop@hosielaw.com
Email: bwecker@hosielaw.com

Attorneys for TRACE-WILCO, INC.


QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP

Dated:  July 1, 2009

  s/  David A. Nelson
Jennifer A. Kash (CA Bar No. 203679)
Sean Sang-Chul Pak (CA Bar No. 219032)
David Andrew Perlson (CA Bar No. 209502)
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
50 California Street – 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Email: jenniferkash@quinnemanuel.com
Email: seanpak@quinnemanuel.com
Email: davidperlson@quinnemanuel.com


Michael F. Harte
David A. Nelson
Christopher R. Freeman
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
250 South Wacker Drive, #230
Chicago, Illinois 60601
Email: mikeharte@quinnemanuel.com
Email: davenelson@quinnemanuel.com
Email: chrisfreeman@quinnemanuel.com

Attorneys for Defendants
SYMANTEC CORPORATION and GOOGLE, INC.

3

STIPULATION AND [PROPOSED] ORDER GRANTING REQUEST TO
RESET CASE MANAGEMENT CONFERENCE                                          CV 09 00810 SI

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HOWREY, LLP

Dated: July 1, 2009

  s/  John R. Keville
John R. Keville
HOWREY, LLP
1111 Louisiana, 25th Floor
Houston, Texas 77002
Telephone: (713) 787-1400
Facsimile: (713) 787-1440
Email: kevillej@howrey.com

Attorney for Defendant McAFEE, INC.

4

## ORDER

IT IS HEREBY ORDERED that the parties' stipulated request to reschedule the Case Management Conference currently set for October 23, 2009 to October 30, 2009 is hereby GRANTED. The Case Management Conference shall be reset for October 30, 2009 at _3 p.m.

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Susan Illston
United States District Court

DM1\1799826.1

5

STIPULATION AND [PROPOSED] ORDER GRANTING REQUEST TO
RESET CASE MANAGEMENT CONFERENCE                                    CV 09 00810 SI