SPENCER HOSIE (CA Bar No. 101777)
BRUCE WECKER (CA Bar No. 078530)
GEORGE F. BISHOP (CA Bar No. 89205)
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
Phone: (415) 247-6000
Fax: (415) 247-6001
E-mail: shosie@hosielaw.com
E-mail: bwecker@hosielaw.com
E-mail: gbishop@hosielaw.com

RAYMOND P. NIRO *(Pro Hac Vice)*
DINA M. HAYES *(Pro Hac Vice)*
LEE F. GROSSMAN *(Pro Hac Vice)*
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois  60602
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: rniro@nshn.com
E-mail: hayes@nshn.com
E-mail: grossman@nshn.com

*Attorneys for Plaintiff*
**Trace-Wilco, Inc.**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| TRACE-WILCO INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SYMANTEC CORPORATION,<br>CISCO SYSTEMS, INC.,<br>MCAFEE, INC., and GOOGLE INC.<br><br>    Defendants. | Case No. 3:09 CV 00810 SI<br><br>**STIPULATED ORDER OF DISMISSAL WITH RESPECT TO DEFENDANT SYMANTEC CORPORATION**<br><br>Honorable Susan Illston |

1

**STIPULATED ORDER OF DISMISSAL
WITH RESPECT TO DEFENDANT SYMANTEC CORPORATION** CV-09-00810 SI

This Civil Action has come before the Court, upon the pleadings and proceedings of record, and it has been represented to the Court that Plaintiff, Trace-Wilco Inc. ("Trace-Wilco"), and Defendant, Symantec Corporation ("Symantec"), have entered into a Settlement Agreement ("Agreement") and have agreed to a compromise and settlement of this Civil Action and all claims, defenses and counterclaims that were or could have been brought in this Civil Action.

WHEREFORE, with the consent of the above-identified parties, through their undersigned attorneys, and with the approval of this Court, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The Court has jurisdiction over the parties and the subject matter of this action.

2. All claims, defenses and counterclaims that were or could have been made between Trace-Wilco and Symantec in this Civil Action are hereby dismissed with prejudice.

3. Trace-Wilco has not released, and nothing in this Order shall be construed as a release or discharge of, any claim Trace-Wilco has made against Defendants Cisco Systems, Inc., McAfee, Inc. or Google, Inc.  Trace-Wilco specifically retains all of its rights under the '948 patent in suit (including the right to bring suit for patent infringement) against any party not expressly released herein.

4. Trace-Wilco and Symantec shall each bear their own costs and attorneys' fees.

5. The Court shall retain exclusive jurisdiction over Trace-Wilco and Symantec for the purpose of resolving any disputes relating to, or to enforce the terms of, the Agreement between them relating to this Civil Action or any action relating to the enforcement of this Order

SO ORDERED:

Dated: 7/15/09                                          _____
                                                        Hon. Judge Susan Illston

2
**STIPULATED ORDER OF DISMISSAL
WITH RESPECT TO DEFENDANT SYMANTEC CORPORATION** CV-09-00810 SI