1  COUNSEL LISTED ON SIGNATURE PAGE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| TRACE-WILCO INC. | ) Case No. 5:09 CV 00810 SI |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT CISCO SYSTEMS, INC. TO SERVE ITS PATENT RULES 3-3 AND 3-4 DISCLOSURES** |
| SYMANTEC CORPORATION, CISCO SYSTEMS, INC., MCAFEE, INC., and GOOGLE INC. | ) |
| | ) Honorable Susan Illston |
| Defendants. | ) |

Pursuant to Local Rule 6-1, Plaintiff Trace-Wilco, Inc. ("Trace-Wilco") and Defendant Cisco Systems, Inc. ("Cisco") hereby stipulate and agree that Cisco shall have until September 18, 2009, by which to serve their disclosures required by Patent Local Rules 3-3 and 3-4. Trace-Wilco and Cisco have reached a settlement in principle of their claims and counter-claims in this action. Accordingly, this extension is necessary so that Cisco and Trace-Wilco can focus on finalizing a settlement agreement and avoid unnecessary costs and expenses associated with Cisco preparing and serving their invalidity contentions and collecting and producing technical

documents and prior art. The stipulated extension will not alter the date of any other event or deadline fixed by Court order.

IT IS SO ORDERED this _____ day of August, 2009,

_____
Hon. Susan Illston
United States District Court Judge

Dated: August 18, 2009         Respectfully and jointly submitted,

SPENCER HOSIE (CA Bar No. 101777)
BRUCE WECKER (CA Bar No. 078530)
GEORGE F. BISHOP (CA Bar No. 89205)
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
E-mail: shosie@hosielaw.com
E-mail: bwecker@hosielaw.com
E-mail: gbishop@hosielaw.com

/s/ Dina M. Hayes
RAYMOND P. NIRO
LEE F. GROSSMAN
DINA M. HAYES
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
E-mail: rniro@nshn.com
E-mail: grossman@nshn.com
E-mail: hayes@nshn.com

*Attorneys for Plaintiff*
*TRACE-WILCO, INC.*

/s/ Eric J. Sinrod
ERIC J. SINROD (SBN 122868)
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
e-Mail: ejsinrod@duanemorris.com

Matthew S. Yungwirth (admitted *pro hac vice*)
L. Norwood Jameson (admitted *pro hac vice*)
Leah J. Poynter (admitted *pro hac vice*)
DUANE MORRIS LLP
Atlantic Center Plaza
1180 West Peachtree Street NW, Suite 700
Atlanta, Georgia 30309
(404) 253-6935
(404) 759-2353 Facsimile
Email: msyungwirth@duanemorris.com
Email: wjameson@duanemorris.com
Email: lpoynter@duanemorris.com

Attorneys for Defendant CISCO SYSTEMS, INC.

**CERTIFICATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order 45X.B, I, Eric J. Sinrod, attests that the above signatory for Plaintiff Trace-Wilco, Inc. has concurred and consented to the filing of this document.

DATED: August 18, 2009

/s/ Eric J. Sinrod
Eric J. Sinrod