SPENCER HOSIE (CA Bar No. 101777)
BRUCE WECKER (CA Bar No. 078530)
GEORGE F. BISHOP (CA Bar No. 89205)
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
Phone: (415) 247-6000
Fax: (415) 247-6001
E-mail: shosie@hosielaw.com
E-mail: bwecker@hosielaw.com
E-mail: gbishop@hosielaw.com

RAYMOND P. NIRO *(Pro Hac Vice)*
DINA M. HAYES *(Pro Hac Vice)*
LEE F. GROSSMAN *(Pro Hac Vice)*
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: rniro@nshn.com
E-mail: hayes@nshn.com
E-mail: grossman@nshn.com

*Attorneys for Plaintiff*
**Trace-Wilco, Inc.**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| TRACE-WILCO INC. | Case No. 3:09 CV 00810 SI |
| Plaintiff, | |
| v. | **STIPULATED ORDER OF DISMISSAL WITH RESPECT TO DEFENDANT CISCO SYSTEMS, INC.** |
| SYMANTEC CORPORATION, CISCO SYSTEMS, INC., MCAFEE, INC., and GOOGLE INC. | |
| Defendants. | Honorable Susan Illston |

The above-styled civil action (the "Civil Action") has come before the Court, upon the pleadings and proceedings of record, and it has been represented to the Court that Plaintiff, Trace-Wilco Inc. ("Trace-Wilco"), and Defendant, Cisco Systems, Inc. ("Cisco"), have entered into a Settlement Agreement ("Agreement") and have agreed to a compromise and settlement of this Civil

Action and all claims, defenses and counterclaims that were or could have been brought in this Civil Action.

WHEREFORE, with the consent of the above-identified parties, through their undersigned attorneys, and with the approval of this Court, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The Court has jurisdiction over the parties and the subject matter of this Civil Action.

2. All claims, defenses and counterclaims that were or could have been made between Trace-Wilco and Cisco in this Civil Action are hereby dismissed **with prejudice**.

3. Trace-Wilco has not released and nothing in this Order shall be construed as a release or discharge of any claim Trace-Wilco has made against any remaining defendant in this Civil Action.

4. Trace-Wilco and Cisco shall each bear their own costs and attorneys' fees.

5. The Court shall retain exclusive jurisdiction over Trace-Wilco and Cisco for the purpose of resolving any disputes relating to or to enforce the terms of the Agreement or any related action to enforce this Stipulated Order.

SO ORDERED:

Dated: _____      _____
                                    Hon. Judge Susan Illston